# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

JULIUS BRYSON,                                     :
                                                  :
      Petitioner,                          :
                                                  :
v.                                                :       Case No. 1:12-cv-192 (WLS)
                                                  :
GREGORY MCLAUGHLIN, Warden,       :
                                                  :
      Respondent.                         :
_____:

## ORDER

Before the Court is Petitioner Julius Bryson's motion for leave to proceed *in forma pauperis* on appeal. (Doc. 18.) By Order dated November 27, 2013 the Court adopted the magistrate judge's recommendation that Bryson's 28 U.S.C. § 2254 petition be denied. (Doc. 15.) In the same Order, the Court denied Bryson a certificate of appealability. Because this Court held that Bryson is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED** as moot.

      **SO ORDERED**, this ____17th___ day of December, 2013.

                        _/s/ W. Louis Sands_____
                        **W. LOUIS SANDS, JUDGE**
                        **UNITED STATES DISTRICT COURT**